

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MOR KM HOLDINGS, LLC, | § | No. 08-20-00190-CV |
| Appellant, | § | Appeal from the |
| v. | § | 143rd District Court |
| EDGARDO MADRID & ASSOCIATES, LLC, | § | of Reeves County, Texas |
| | § | (TC# 19-10-23239-CVR) |
| Appellee. | § | |
| | § | |

## ORDER ABATING APPEAL

This appeal and a related case, *Fusion Industries, LLC v. Edgardo Madrid & Associates, LLC*, No. 08-20-00105-CV, arose out of a single case filed in the 143rd District Court of Reeves County. Contemporaneous with the issuance of this order, we issued an opinion and judgment in the Fusion Industries case that sets out the background and issues before the Court. Based on our analysis of the issues as set out in that opinion, we issue the following order in this appeal:

- In order to ascertain our jurisdiction over this appeal, the Court hereby ABATES this appeal allowed by *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 206 (Tex. 2001) in order to clarify the intent of the trial court's order.

- The trial court is ORDERED to, within 30 days of the date of this order, inform this Court by written explanation about whether it intended for the February 7, 2020 judgment to dispose of all claims against as to both Fusion Industries, L.L.C., and MOR KM Holdings, L.L.C., or only to Fusion Industries, L.L.C.

All other pending motions, if any, are denied as moot.

IT IS SO ORDERED THIS 30TH DAY OF APRIL, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox, and Alley, JJ.